

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

PDG, Inc.; JFAL Holding
Company, LLC; and Michael Dixson,

\* From the 104th District Court
  of Taylor County,
  Trial Court No. 27844-B.

Vs. No. 11-21-00274-CV

\* May 18, 2023

Abilene Village, LLC; Pillar Abilene
Village Investors, LLC; and
PCG Management, LLC,

\* Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Abilene Village, LLC; Pillar Abilene Village Investors, LLC; and PCG Management, LLC.